IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JACKIE MARTIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **No. 12-cv-248-JPG-CJP** |
| | ) | |
| **MICHAEL J. ASTRUE**, | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

## <u>JUDGMENT</u>

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security disability benefits is reversed and remanded to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).

Judgment is entered in favor of plaintiff Jackie Martin and against defendant Michael J. Astrue, Commissioner of Social Security.

**DATED:  November 16, 2012**          **NANCY J. ROSENSTENGEL**

                                                    **BY:s/Deborah Agans, Deputy Clerk**

**Approved by:** <u>s/ J. Phil Gilbert</u>
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**